Form SWD01 (12/13)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Adam M. Rohrbacher**<br>3826 W Tupper Lake Drive<br>Lake Odessa, MI 48849<br>SSN: xxx–xx–1687<br>**Pamela A. Rohrbacher**<br>3826 W Tupper Lake Drive<br>Lake Odessa, MI 48849<br>SSN: xxx–xx–1264<br><br>**Debtors** | **Case Number 16–05156–swd**<br><br>**Chapter 13**<br><br>**Honorable Scott W. Dales** |

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Please take notice that Debtors have filed a request for hearing and therefore, a final hearing will be held at the U. S. Bankruptcy Court, One Division Ave., N., 2nd Floor, Courtroom A, Grand Rapids, MI 49503 at **10:00 AM** on **October 10, 2018** to consider and act upon the following matter:

### Mortgage Center, LC's Motion for Relief from Automatic Stay



DANIEL M. LAVILLE
CLERK OF BANKRUPTCY COURT

**Dated:** September 7, 2018

/S/_____
Kathy Trapp
Deputy Clerk

Notice returned to Christopher E. Frank, Esq. for appropriate service. (9/7/18–kmt )

NOTICE IS HEREBY GIVEN that the court may, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest will not be given further written notice of the new hearing date. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk's Office of the United States Bankruptcy Court located at One Division Avenue North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676–6856 or via its web site at http://pacer.psc.uscourts.gov.